IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DINAH KAYE HARRELSON, as Personal Representive of the Estate of Tony Wayne Harrelson, deceased,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, through its agents, servants, and employees or agents, servants, and employees of its agency the United States Postal Service,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  CIVIL ACT. NO.  3:11cv827-CSC<br>)                (WO)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**FINAL JUDGMENT**

Upon consideration of the prior proceedings, opinions and orders entered in this case, it is

ORDERED and ADJUDGED that judgment be and is hereby entered in favor of the defendant and against the plaintiff and that this action be and is hereby dismissed with prejudice.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this 2nd day of July, 2012.

/s/Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE